Clerk of the Court
United States District Court
Louisville Division
Gene Snyder Courthouse
601 West Broadway
Louisville, Kentucky 40202

December 9th, 2003

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
03 DEC 15 PM 1: 58

Jeffrey W. Palmer
P.O. Box 1805
Arizona City, Arizona 85223

Phone number: (520) 466-2972

RE: Request for Exclusion from the Settlement Class:
Commonwealth General Assignment Corp. V. Settlement Funding LLC
3:00CV-565-R (W.D. Ky.)

Sir,

I Jeffrey Wayne Palmer, SSN: 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, WANT to be excluded from the Class Action suit number 3:00CV-565-R, that was filed in the United States District Court, Western District of Kentucky, Louisville Division.

I have no interest in this class action suit and I do not want to be involved in this action. Thank you in advance for taking my name off of the class action suit.

Respectfully

*Jeffrey W. Palmer*
Jeffrey W. Palmer