Clerk of the Court:

3:00CV565-R

9/22/04
FILED US
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
04 OCT -4 PM 12: 49

To whom it may concern:

I do not want to be involved in the class action suit against settlement funding - peachtree. Any further information needed by myself (Charles Ray) please inform me right away. I am requesting to be excluded from the settlement class.

Sincerely,

Charles G. Ray

Charles G. Ray