3:00CV565-R

Dear Honorable Thomas B. Russell,

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
04 OCT 12 PM 2:29

My name is Latovia E. Harris aka Latoyia Essence Walker. I was one of the members of the ~~class~~ Settlement Class. I just wanted this ~~statement~~ statement to be note. That Peachtree Settlement Funding was not trying to inform me about this action. I didn't recieve any notice about this action until October 6, 2004 and then Peachtree sent it to the wrong address my New Jersey address. They have my new address in their system and still I haven't recieved the papers of this action so basically I was forced to make a decision giving only one day. I would like for a continuesnce if that is possible. Here is a copy of my exclusion letter with my info.

Thank you,
Latoyia Harris