```
                    FILED JS
              US DISTRICT COURT CLERK
              WESTERN DISTRICT OF KY

              04 OCT 12 PM 2:29
```

October 8, 2004
Latoyia Essence Harris AKA Latoyia Essence Walker
33 Fairway rd Apt 3C
Newark, DE 19711
(302) 738-1747
DOB: ███ 1979
SSN# ███ 8126
Name and action number: (Commonwealth General Assignment Corp.v.Settlement Funding, LLC, 3:00CV-565-R (W.D.Ky.);

Dear Peachtree Settlement Administrator:

    My name is Latoyia Essence Harris AKA Latoyia Essence Walker, Has made my request of exclusion based on the fact that peach tree settlement funding has sent me this information last minute and to the wrong address. I have called them several times to inform them of my change of address and they have sent me a change of address form to my present address about two weeks ago. So for that matter I am excluding myself from the following action : (Commonwealth General Assignment Corp. v. Settlement Funding, LLC,3:00CV-565-R(W.D. Ky.):And just in case I haven't put it correct right in the legal way I will do it word from word I am giving a clear request from the settlement class. Thank you very much for you interest.

*[signature: Latoyia S. Harris]*

Latoyia Essence Harris AKA Latoyia Essence Walker