Jillyan Armstrong (name)
██████████ 1982 (birthdate)
216 Camelot Estates
Portage Indiana 46368
(219) 762-4241
██████ 4426 (social security)

FILED JS
US DISTRICT COURT
WESTERN DISTRICT
04 OCT 13 PM 12:41

Common Wealth General Assignment Corp. v. Settlement Funding, LLC., 3:00CV-565-R. (W.D.Ky.)

I Jillyan Armstrong exclude myself from the settlement class.

*Jillyan Armstrong*