James Robert Smith
10214 Dancing Brook
San Antonio, TX. 78254
210-523-2338

Clerk of the US District Court For the Western District of Kentucky
Louisville Division
Gene Snyder Courthouse
601 West Broadway
Louisville, Kentucky 40202

Subject: <u>REQUEST TO BE EXCLUDED FROM SETTLEMENT CLASS</u>

James Robert Smith
▓▓▓/65
SS#: ▓▓▓▓-9852

10214 Dancing Brook
San Antonio, TX. 78254
Home: 210-523-2338
Cell:   210-269-5421

Name & Number of action:
Commonwealth General Assignment corp. v. Settlement Funding, LLC, 3:00CV-565-R (W.D.Ky)

I request to be excluded from this settlement class lawsuit. This settlement is not in the best interest of people like me that didn't default on their loan yet are losing large amounts of their annuities due to Peachtree intentionally misrepresenting loans terms in order to take added lump sums and applying large interest rates.

This settlement is to the best interest of Peachtree and the lawyers who will gain most of the $3,000,000.00 that they arranged with Peachtree for this settlement. This settlement again has no regard for people with disabilities who stand to loose large amounts of their annuity due to fraudulent activity by Peachtree.

This settlement is an extension of Peachtree's attempt and standard unethical business practice to fraudulently continue to mislead people that this settlement is of anyone's benefit but their own, as well as, the lawyers who agreed to the terms that continue to protect Peachtree to continue practicing fraudulent activity within the "legal" system.

James Robert Smith

*James R. Smith* (signature)