**Kelly Friederick**
500 Peconic Street
Apartment 201A
Ronkonkoma, New York 11779
(631) 585-5365


FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

05 FEB 14 PM 1: 01

February 7, 2005

Office of the Clerk
US District Court for the Western District of Kentucky, Louisville Division
Gene Snyder Courthouse
601 West Broadway
Louisville, Kentucky 40202

Re: *Commonwealth General Assignment Corporation, et al. v. Settlement Funding, LLC, et al.,*
    Civ. A. No. 3:00-565-R

To Whom It May Concern:

Pursuant to the Notice of Settlement of Class Action I received in regard to the above-noted action, please utilize this correspondence as a formal request for a copy of the Settlement Agreement and the Court's Judgment, which the Notice indicates I am entitled to.

Respectfully, please also take note of my change of address, and be advised that any and all communications that may have been remitted to my attention outside of the Notice have not been received by me.

Should you have any further questions or concerns, please do not hesitate to contact me directly.

Very truly yours,

Kelly Friederick

CC:    William Jay Hunter, Esq.
       *Settlement Class Counsel*
       Stoll, Kennon & Park, LLP
       2650 AEGON Center
       400 West Market Street
       Louisville, Kentucky 40202

       Craig M. Lessner, Esq.
       Peachtree Settlement Funding
       3720 Davinci Court, Suite 450
       Norcross, Georgia      30092