UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| COMMONWEALTH GENERAL ASSIGNMENT CORPORATION, *et al.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> SETTLEMENT FUNDING, LLC, *et al.*, <br><br> DEFENDANTS. | Case No. 3:00CV-565-R <br><br> CLASS ACTION |

ORDER

Upon consideration of the Joint Report on Efforts to Locate Settlement Class Members Entitled to Refunds by Check and Motion for Leave to Send Correspondence to Settlement Class Members (the "Joint Report"), it is hereby ORDERED and DECREED:

1. Settlement Class Counsel shall send a letter, substantially in the form set forth in Exhibit C to the Joint Report, to the individuals listed in Exhibits A and B to the Joint Report within one week of entry of this Order.

2. Within 45 days of the entry of this Order, the Parties shall submit an updated report on their efforts to locate current and accurate address information for the individuals listed in Exhibits A and B to the Joint Report.

Tendered by:

_____
William Jay Hunter, Jr.
D. Randall Gibson
Lee A. Webb
STOLL, KEENON & PARK, LLP
2650 Aegon Center
400 West Market Street
Louisville, Kentucky 40202
(502) 568-9100

Attorneys for Defendant Cross-
Claim Plaintiff Barbara Ann Farino

and

Mark A. Aronchick
Sharon F. McKee
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
(215) 568-6200

C. Thomas Ezzell
Getty & Mayo, LLP
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
(859) 259-1900

Attorneys for Defendants Settlement Funding, LLC
and Peachtree Finance Company, LLC

May 19, 2005

152\S:\152\Peachtree\Consent Period ord.doc