UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

AUG 23 PM 2:40

| | |
|---|---|
| COMMONWEALTH GENERAL<br>ASSIGNMENT CORPORATION, *et al.*,<br><br>PLAINTIFFS,<br><br>v.<br><br>SETTLEMENT FUNDING, LLC, *et al.*,<br><br>DEFENDANTS | Case No. 3:00CV-565-R<br><br>CLASS ACTION |

## LIST OF SETTLEMENT CLASS MEMBERS

In accordance with the Paragraph 2 of the Court's Order entered on November 19, 2004 (Docket Entry 103), the Parties to the Settlement – Barbara Ann Farino, on behalf of the Settlement Class, and Settlement Funding, LLC and Peachtree Finance Company, LLC (collectively the "Parties") – hereby submit **UNDER SEAL** the list of individuals who are the members of the Settlement Class[1] in this action because they qualified for inclusion in the Settlement Class as certified by the Court on the Final Settlement Date and because they did not exercise their right to exclude themselves from the Settlement Class.   The list of Settlement Class Members, which is being filed **UNDER SEAL** as ordered by the Court, is appended hereto as Exhibit A.

---

[1] Unless otherwise indicated, the capitalized terms are used in accordance with the definitions set forth in the Amended and Restated Settlement Agreement and Release (the "Settlement Agreement").

To assist the Court in confirming the identity of those individuals who are Settlement Class Members, the list includes the last four digits of each individual's Social Security Number (save for a few instances where the Peachtree Parties do not have that information).   As an additional aid to confirming the identity of Settlement Class Members, we have also listed the entities that, according to the Peachtree Parties' records, are the Structured Settlement Obligors and Associated Annuity Issuers[2] of those Settlement Class Members who are parties to a Structured Settlement Agreement.  Some individuals are Settlement Class Members because they are co-obligors of other Settlement Class Members who are parties to a Structured Settlement Agreement.  We have identified the former individuals by cross-referencing them to the latter.

---

[2] By listing these Structured Settlement Obligors and Associated Annuity Issuers, the Parties agree that they are not creating, modifying or waiving any rights or obligations that the Structured Settlement Obligors, Associated Annuity Issuers, Settlement Class Members or the Peachtree Parties have or may have.  This information, together with the final four digits of the Social Security Numbers, is provided purely as an aid to identifying Settlement Class Members.  While the Peachtree Parties have made every effort to obtain and maintain accurate identifying information, they reserve the right to correct any information that is later determined to be erroneous.

Respectfully submitted,

STOLL, KEENON & PARK, LLP

By: _Lee Webb_

William Jay Hunter, Jr.
Lee A. Webb
2650 AEGON Center
400 West Market
Louisville, Kentucky  40202
(502) 568-9100
(502) 568-5700 facsimile

SETTLEMENT CLASS COUNSEL

HANGLEY ARONCHICK SEGAL &
PUDLIN

By: _Sharon F. McKee_

Mark A. Aronchick
Sharon F. McKee
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
(215) 568-6200
(215) 568-0300 facsimile

C. Thomas Ezzell
Getty & Mayo, LLP
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507

ATTORNEYS FOR DEFENDANTS
SETTLEMENT FUNDING, LLC AND
PEACHTREE FINANCE COMPANY,
LLC

DATED:  August 23, 2005